JOSEPH MOREHEAD
CHRISTOPHER C. HALL
Attorneys at Law
333-B West Portal Ave.
San Francisco, CA 94127
Tel:   (415) 661-9148
Fax:   (415) 664-4280

Attorneys for Defendant
JOSE LUIS ESPINOSA CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN THE MATTER OF
THE EXTRADITION OF
JOSE ESPINOZA CHAVEZ

Case No. 05 70601 HRL

ORDER FOR RELEASE OF PRISONER
FROM CUSTODY OF U.S. MARSHAL

_____/

The court having declined to certify the accused, Jose Espinoza Chavez, for extradition to Mexico,

IT IS NOW HEREBY ORDERED that Jose Espinoza Chavez be released forthwith from the custody of the United States Marshal, *on the above-listed matter only*.

IT IS SO ORDERED.

Dated: __11/30__, 2005.

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

-1-